In the Matter of the Claim of MARY GORDON, Respondent, against CALLAN BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the appellants. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ESTHER GREENBERG, Respondent, against NELLIE VOIT and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CHARLES GIBBS, Respondent, against STANLEY CZAPELA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM H. HORAN, Respondent, against NATSTONE MANHATTAN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of MAUD HEBERT, Respondent, against PREST AIR DEVICES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LEWIS B. HOFFMAN, Respondent, against CHATHAM ELECTRIC LIGHT, HEAT AND POWER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the opinion in *Matter of Rubenstein* v. *Pechter Baking Co.* (*ante*, p. 324), decided herewith. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.